IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES E. MOORE, #180 583, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-34-TMH |
| ) | [wo] |
| WILLIE ROWELL, *et al*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On January 30, 2013, the Magistrate Judge filed a Recommendation in this case dismissing this case prior to service of process pursuant to the directives of 28 U.S.C.§ 1915(e)(2)(B)(i), to which no timely objections have been filed. (Doc. No. 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that the Complaint be and hereby is DISMISSED prior to service of process, and that the § 1983 claims in this case be and are hereby DISMISSED *with* prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i) and that the state law claims in this case be and are hereby DISMISSED without prejudice..

Done this the 26th day of February, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE